# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2023

## NO. 03-21-00506-CV

**City of Kyle, Texas, Appellant**

**v.**

**1200 S. Old Stagecoach Road, LLC, Appellee**

### APPEAL FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
### DISMISSED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on October 6, 2021. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted in part. Therefore, the Court grants the motion in part, vacates the order denying the plea to the jurisdiction and dismisses this appeal. The court denies the motion to dismiss the entire cause. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.